ACCEPTED
1457597
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 4:04:06 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS FOR THE

FIRST OR FOURTEENTH DISTRICT COURT OF APPEALS

No. ___-15-_____-CR

|  |  |
|---|---|
| EX PARTE | ON APPEAL FROM<br>THE 338TH DISTRICT COURT<br>HARRIS COUNTY, TEXAS |
| MICHAEL BRENT SEWELL | TRIAL COURT<br>CAUSE NO. 1457597 |

MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
JUL 20 2015
CHRISTOPHER A. PRINE
CLERK

TO THE HONORABLE COURT:

Appellant moves, under Texas Rule of Appellate Procedure 26.3, to extend time to file his notice of appeal until July 20, 2015.

The deadline for filing the notice of appeal was July 15, 2015.

The trial court is the 338th District Court.

The appealable judgment (denial of habeas corpus relief) was signed on June 16, 2015.

The trial court case number is 1457597. The style of the case in the trial court is *Ex Parte Michael Brent Sewell.*

The notice of appeal was filed in the trial court on July 20, 2015; a copy is attached to this motion.

Counsel thought that he had already, before July 10, 2015, filed the notice of appeal; the trial court pointed out on July 20, 2015 that he had not.

No previous extensions have been granted regarding the notice of appeal.

**CERTIFICATE OF SERVICE**

A copy of this motion will be served on the District Attorney by the Efile system.

Respectfully Submitted,
BENNETT & BENNETT, LAWYERS
by:

Mark Bennett
TBN 00792970
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
MB@ivi3.com